UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

WILLIAM JAMIES WAGNER,

        Plaintiff,

Case No. 1:23-cv-1329

v.

Honorable Ray Kent

UNKNOWN HOLLINGSWORTH et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution and failure to follow the Court's order.


Dated:  October 16, 2024

/s/ Ray Kent
Ray Kent
United States Magistrate Judge